**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HUW BILLINGHAM,**

      **Plaintiff,**

**-vs-**                                                   **Case No. 6:06-cv-218-Orl-31DAB**

**UNITED STATES OF AMERICA**
**DEPARTMENT OF HOMELAND**
**SECURITY, BUREAU OF IMMIGRATION**
**AND CUSTOMS ENFORCEMENT,**
**SOCIAL SECURITY ADMINISTRATION,**
**WAYNE BAEHRE, DAN**
**SCARBOROUGH, GREATER ORLANDO**
**AVIATION AUTHORITY,**

      **Defendants.**

_____

## ORDER OF DISMISSAL

Upon consideration of the Notice of Voluntary Dismissal as to GOAA (Doc. No. 42), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's claims against Defendant Greater Orlando Aviation Authority are dismissed, each party to bear its own fees and costs. Any pending motions as to this Defendant are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 15, 2006.

                                                          GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party